REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

Mohammad Saatnia (*Pro Se*)
5310 Sigrid Way
San Jose, CA   95123
(408) 230-0306

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMED SAATNIA,<br><br>      Plaintiff,<br><br>v.<br><br>WALGREEN COMPANY., a Foreign Corporation; and DOES 1-50, inclusive,<br><br>      Defendant. | Case No.  5:11-CV-02003 EJD<br><br>[~~PROPOSED~~] ORDER EXTENDING FACT DISCOVERY DEADLINE |

**IT IS SO ORDERED** that the deadline to complete fact discovery is extended 45 days to October 1, 2012.

Dated: __8/21/2012__           _____
                              Honorable Edward J. Davila

---

1
**[PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MOHAMMAD SAATNIA,

        Plaintiff,

  v.

WALGREEN COMPANY et al,

        Defendant.
                                             /

Case Number: CV11-02003 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mohammad Saatnia
5310 Sigrid Way
San Jose, CA 95123

Dated: August 21, 2012

                                          Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk