IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMMAD SAATNIA,

          Plaintiff(s),

v.

WALGREEN COMPANY,

          Defendant(s).

CASE NO. 5:11-cv-02003 EJD

**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**

Having reviewed Defendant's Preliminary Pretrial Conference Statement (see Docket Item No. 37) and considering the parties are in the process of finalizing a settlement of this action, the court finds a that a pretrial conference is unnecessary at this time.  Accordingly, the Preliminary Pretrial Conference currently scheduled for September 7, 2012, is CONTINUED to **October 12, 2012, at 11:00 a.m.**  The parties shall file a Joint Preliminary Pretrial Conference Statement on or before **October 2, 2012.**

**IT IS SO ORDERED.**

Dated:  September 4, 2012

                                      EDWARD J. DAVILA
                                      United States District Judge