**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

10 | MOHAMMAD SAATNIA, | CASE NO. 5:11-cv-02003 EJD

11 | | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**

Plaintiff(s),

12 v.

13 WALGREEN COMPANY,

14

Defendant(s).

15 _____/

16    Having reviewed Defendant's Preliminary Pretrial Conference Statement (see Docket Item

17 No. 37) and considering the parties are in the process of finalizing a settlement of this action, the

18 court finds a that a pretrial conference is unnecessary at this time.  Accordingly, the Preliminary

19 Pretrial Conference currently scheduled for September 7, 2012, is CONTINUED to **October 12,**

20 **2012, at 11:00 a.m.**  The parties shall file a Joint Preliminary Pretrial Conference Statement on or

21 before **October 2, 2012.**

22 **IT IS SO ORDERED.**

23

24 Dated:  September 4, 2012

25 EDWARD J. DAVILA
United States District Judge

26

27

28

1