REX DARRELL BERRY, State Bar No. 110219
BRIAN CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

MOHAMMAD SAATNIA (*Pro Se*)
5310 Sigrid Way
San Jose, CA 95123
(408) 230-0306

*IT IS SO ORDERED*
Judge Edward J. Davila
10/10/2012

# UNITED STATES DISTRIC COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMED SAATNIA, | Case No. 5:11-CV-02003 EJD |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| WALGREEN COMPANY., a Foreign Corporation; and DOES 1-50, inclusive, | **Pursuant to FRCP 41(a)(1)(A)(ii)** |
| Defendant. | |

All parties hereby stipulate that the action be dismissed with prejudice as the result of a mutual agreement to settle the matter.

Dated: September 26, 2012           /s/ *Mohammad Saatnia*
                                    Mohammad Saatnia
                                    In Pro Se

Dated: September 26, 2012           /s/ *Brian Crone, Esq.*
                                    Brian Crone
                                    Attorney for Defendant Walgreen Co.

1  IT IS SO ORDERED.   The Clerk shall close this file.
2  Dated: __10/10/2012__                             _____
3                                                      Honorable Edward Davila
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

*Saatnia v. Walgreen Co.*
Santa Clara Superior Court, Case No. 110CV171560
U.S.D.C., Northern District, Case No. 5:11-CV-02003 HRL

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am an employee of Berry & Block LLP, and my business address is 2150 River Plaza Drive, Suite 415, Sacramento, CA 95833. On this day I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

> **Plaintiff in pro se**
> Mohammad Saatnia
> 5310 Sigrid Way
> San Jose, CA  95123

☒ **BY MAIL:** I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL DELIVERY:** I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE:** I caused such documents(s) to be transmitted by facsimile transmission from (916) 564-2024 to the person(s) and facsimile transmission without number(s) shown about. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

☐ **BY FEDERAL ELECTRONIC FILING:** I caused such document(s) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the document(s) to the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on *October 8, 2012*, at Sacramento, California.

/s/ *Brian Crone*
Brian Crone

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**